PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
JOSEPH D. BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00180-JLT-SKO |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JUAN GALVAN, | |
| Defendant. | |

Upon the parties' stipulation and for good cause shown, this case is set for an arraignment on the information and change of plea hearing on October 10, 2023, at 10:00 a.m., before the Honorable Jennifer L. Thurston. The preliminary hearing scheduled for September 28, 2023, is vacated. Time under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., is excluded through October 10, 2023, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:  **September 15, 2023**

UNITED STATES MAGISTRATE JUDGE